FILED'07 FEB 01 15:44 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| THOMAS D. WARREN, | Civil No. 06-706-HA |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER ATTORNEY FEES |
| LINDA S. McMAHON,<br>Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $1,920.00, expenses in the amount of $35.00, and costs in the amount of $502.00, are awarded to Plaintiff's attorney, Robert Adian Martin, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

DATED this __1__ day of __Feb__, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [06-706-HA]